UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

JOHN HOWARD MORGAN,

        Petitioner,                        Case No. 2:22-cv-167

v.                                          Honorable Paul L. Maloney

KRISTOPHER TASKILA,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  September 29, 2022                /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                              United States District Judge